UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WILSON JR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MARTINEZ, et al.,<br><br>Defendants. | Case No. 24-cv-08431-SK<br><br>**NOTICE OF QUESTIONS FOR HEARING** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING QUESTIONS FOR THE HEARING SCHEDULED ON SEPTEMBER 15, 2025, AT 9:30 A.M. The Court intends to address the questions below at the hearing. The Court advises the parties that it will not accept written answers to these questions.

The parties shall be prepared to address the following questions at the hearing:

1. Were there any witnesses at the scene of the incident other than Plaintiff Thomas Wilson Sr. and the Defendant Officers?
2. Has Defendant Officer Arone been interviewed yet by The California Department of Justice – Special Prosecutions Division ("D.O.J.")?
3. What indications, if any, that Defendant Officer Arone is being investigated by the D.O.J. other than he was at the scene and Plaintiffs have brought claims against him for his conduct after the shooting?
4. Has Defendant Officer Kahue been interviewed by the internal administrative investigation outsourced to Chaplin and Hill?
5. Have Defendants provided copies of all of the interview transcripts, body worn camera videos, and surveillance videos to Plaintiffs?
6. What other types of evidence have Defendants provided to Plaintiffs?

1   7.   Has the investigation by Chaplin and Hill concluded yet?
2        a.   If so, has a report been written and provided to Plaintiffs yet?
3        b.   What, if any, were the findings and/or recommendations with respect to
4             Defendant Officers Arone and Kahue?
5        c.   If the investigation has not yet concluded, is there any indication of when that
6             investigation may conclude?
7   8.   The underlying incident occurred more than two years ago.  Do Defendants have any
8        indication of when the investigation by the D.O.J. is likely to conclude?  In other
9        incidents investigated by the D.O.J. for officer involved shootings resulting in the
10       death of an unarmed civilian, on average how long have those investigations taken?

**IT IS SO ORDERED**.

Dated: September 8, 2025



SALLIE KIM
United States Magistrate Judge