United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS WILSON JR, et al.,

Plaintiffs,

v.

CITY OF MARTINEZ, et al.,

Defendants.

Case No. 24-cv-08431-SK

**ORDER CONTINUING CASE SCHEDULE**

Following the case management conference held on September 14, 2026, IT IS HEREBY ORDERED THAT a further case management conference will be held on November 23, 2026 at 1:30 p.m. in this Court via Zoom (public webinar).

Moreover, as discussed at the case management conference, the Court agreed to continue the case schedule as follows:

1. Jury trial will begin on September 14, 2027.
2. All non-expert discovery shall be completed no later than December 13, 2026.
3. Initial expert disclosures shall be made by no later than January 15, 2027.
4. Rebuttal expert disclosures shall be made by no later than February 12, 2027.
5. All expert discovery shall be completed no later than March 12, 2027.
6. The last day for hearing dispositive motions shall be May 24, 2027. If the parties plan to file cross-motions for summary judgment, the parties shall meet and confer and agree to a briefing schedule whereby:

   - one party files an opening summary judgment motion by April 1, 2027;
   - the other party shall file its opposition and cross-motion by April 15, 2027;
   - the reply and opposition to the cross-motion is due by April 29, 2027;

- the reply in support of the cross-motion is due by May 6, 2027.

If the parties want to file dispositive cross-motions before the deadline, they shall stipulate to a similar briefing schedule whereby one party files an opening summary judgment motion seven weeks before the hearing is scheduled to be heard, the other party shall file its opposition and cross-motion five weeks before the hearing, the reply and opposition to the cross-motion is filed three weeks before the hearing, and the reply in support of the cross-motion is filed two weeks before the hearing. If only one side intends to file a motion for summary judgment, the briefing schedule set forth in the Northern District Local Civil Rules applies.

7. The pretrial conference will be held on August 13, 2027 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: September 15, 2026

SALLIE KIM
United States Magistrate Judge